**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-12715
Non-Argument Calendar
_____

FELISSA GRISSETT,

*Plaintiff-Appellant,*

*versus*

SCANA ENERGY,
CORPORAL AYCOX,
MR. JACKSON,
  at Atlanta Gas Light,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-mi-00055-MHC

_____

Before JILL PRYOR, GRANT, and KIDD, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. The day after filing the complaint that initiated this action, Felissa Grissett, pro se, filed a notice of appeal. The district court had not yet entered any order. The notice appears to complain of the assigned district judge and the fact that the action was designated on the court's docket as "miscellaneous" rather than "civil." The court later entered an order dismissing the action as frivolous.

We lack jurisdiction over this appeal because the notice of appeal was filed before the district court entered or announced any order. *See* 28 U.S.C. § 1291 (providing that appellate jurisdiction is generally limited to final decisions of the district courts); Fed. R. App. P. 3(c)(1)(B) (providing that a notice of appeal must designate the judgment or appealable order from which the appeal is taken); *Bogle v. Orange Cnty. Bd. of Cnty. Comm'rs*, 162 F.3d 653, 661 (11th Cir. 1998) (explaining that a notice of appeal is ineffective to appeal a contemplated future order or judgment that does not exist at the time the notice of appeal is filed, unless the decision or order was already announced).

All pending motions are DENIED as moot.